1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DANNY PAUL LANGE,

Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of
Social Security,

Defendant.

CASE NO. 10-5268 JRC

ORDER GRANTING
PLAINTIFF'S APPLICATION TO
PROCEED *IN FORMA PAUPERIS*

Plaintiff's application to proceed *in forma pauperis* is **GRANTED**.  Plaintiff does not

appear to have funds available to afford the $350.00 filing fee.

The clerk is directed to issue summonses submitted by plaintiff to enable plaintiff to

properly serve copies of the complaint on the appropriate parties.  Plaintiff shall note that it is his

responsibility to properly serve copies of the complaint along with an appropriate summons as

required by Rule 4 of the Federal Rules of Civil Procedure.

DATED this 29th day of April, 2010.

J. Richard Creatura
United States Magistrate Judge

ORDER - 1