# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| DANNY PAUL LANGE,<br><br>　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　　　　　Defendant | Case No.: 10-5268 BHS JRC<br><br>ORDER REVISING BRIEFING SCHEDULE |

　　　　Based upon plaintiff's counsel's declaration and the stipulation of the parties, it is hereby ORDERED that the briefing schedule is amended to the dates set forth below:

　　　　Plaintiff's Opening Brief shall be filed on or before 8/24/10;

　　　　Defendant's Responsive Brief shall be filed on or before 9/21/10;

　　　　Plaintiff's Reply Brief shall be filed on or before 10/05/10; and

　　　　Oral argument, if desired, shall be requested by 10/12/2010.

　　　　Dated this 2nd day of August, 2010.

　　　　　　　　　　　　　　　　　　　　　　／s／ J. Richard Creatura
　　　　　　　　　　　　　　　　　　　　　　J. Richard Creatura
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER re: Briefing Schedule Revision-page 1