UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DANNY PAUL LANGE,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Civil No.  3:10-cv-5268-BHS-JRC<br><br>ORDER AMENDING<br>THE SCHEDULING ORDER |

Based upon the motion by Defendant and with no objections from the Plaintiff, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall file a response to Plaintiff's Opening Brief on or before October 29, 2010;

- Plaintiff shall file the optional Reply Brief on or before November 12, 2010; and

- Oral argument if desired shall be requested by November 19, 2010.

DATED this 22nd day of September 2010.

J. Richard Creatura
United States Magistrate Judge

Page 1      ORDER - [3:10-cv-5268-BHS-JRC]