UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

DANNY PAUL LANGE,

    Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

Civil No.  3:10-cv-5268 BHS JRC

ORDER AMENDING THE SCHEDULING ORDER

Based upon the motion by Defendant with no objection from Plaintiff, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall file a response to Plaintiff's Opening Brief on or before November 29, 2010;
- Plaintiff shall file the optional Reply Brief on or before December 13, 2010, and oral argument if desired shall be requested by December 20, 2010.

DATED this 29th day of October 2010.

_____
J. Richard Creatura
United States Magistrate Judge

Page 1    ORDER - [3:10-cv-5268 BHS-JRC]